IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TROY RANDELL EDMON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:14-cv-2471-K |
| | § | |
| DOROTHY FLOYD, Superintendent, | § | |
| Terrell State Hospital, | § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND DENYING A CERTIFICATE OF APPEALABILITY**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. On September 3, 2014, the Petitioner filed and Affidavit of Facts; Expel out of Court for Requesting to Certify the Court's Reporter during a Court hearing which the Court construes as objections. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner's application for habeas relief is construed as a 28 U.S.C. § 2241 application and is dismissed under the *Younger* abstention doctrine.

SO ORDERED.

Signed September 15th, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE